**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| BOBO'S DRUGS, INC. d/b/a DAVIS ISLANDS PHARMACY, individually and as the representatives of a class of similarly-situated persons,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAGRON, INC., FAGRON ACADEMY, LLC, FAGRON PROFESSIONAL SERVICES, LLC, FAGRON HOLDING USA, LLC, and B&B PHARMACEUTICALS, INC.,<br><br>　　　　Defendants. | Case No: 8:17-cv-1862-CEH-CPT |

**STIPULATION OF DISMISSAL**

NOW COMES plaintiff Bobo's Drugs, Inc. d/b/a Davis Islands Pharmacy ("Plaintiff") and Fagron, Inc., Fagron Academy, LLC, Fagron Professional Services, LLC, Fagron Holding USA, LLC, and B&B Pharmaceuticals, Inc. (collectively "Defendants") by their attorneys, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) to stipulate to the dismissal of this matter, with prejudice, as to Plaintiff, and without prejudice as to any individuals who might have been putative class members. Each party shall pay its own costs, expenses, and attorneys' fees.

Dated: September 24, 2018                     Respectfully submitted,


                                              */s/* James M. Smith

Phillip A. Bock (FL 93985)
Daniel J. Cohen (admitted *pro hac vice*)
James M. Smith (admitted *pro hac vice*)
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Ste. 1000
Chicago, IL 60602
Telephone: (312) 658-5500
james@classlawyers.com

*Counsel for Plaintiff*


/s/ Darci F. Madden (with consent)
Darci F. Madden (admitted *pro hac vice*)
Bryan Cave Leighton Paisner LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
dfmadden@bclplaw.com

David Axelman (FL 90872)
Bryan Cave Leighton Paisner LLP
200 South Biscayne Blvd., Ste. 400
Miami, FL 33131-5354
Telephone: (786) 322-7500
David.axelman@bclplaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 24, 2018, I caused the foregoing to be filed using the Court's CM/ECF system which automatically sends notification of such filing to all counsel of record.

                                          /s/ James M. Smith

                                          One of Plaintiff's Attorneys