UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BOBO'S DRUGS, INC.,

    Plaintiff,

v.      Case No: 8:17-cv-1862-T-36CPT

FAGRON, INC., FAGRON ACADEMY, LLC, FAGRON PROFESSIONAL SERVICES, LLC, FAGRON HOLDING USA, LLC and B&B PHARMACEUTICALS, INC.,

    Defendants.
_____/

## O R D E R

Before the Court is the parties' Stipulation of Dismissal (Doc. 54). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation of Dismissal is **APPROVED** (Doc. 54).

2) This cause is dismissed, with prejudice as to Plaintiff, and without prejudice as to any individuals who might have been putative class members. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on September 25, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record